IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DUSTIN WALKER, Individually and for Others Similarly Situated,<br><br>      Plaintiff,<br>v.<br><br>STAKE CENTER LOCATING, INC.,<br><br>      Defendants. | **ORDER ACKNOWLEDGING STIPULATION OF DISMISSAL**<br><br>Case No. 2:21-cv-00183-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is the parties' Stipulation of Dismissal,[1] filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[2]  Per the terms of the Stipulation, "[a]ll attorney fees and costs incurred and to be incurred shall be borne by the party incurring the same."[3]  Accordingly, the above-captioned matter is hereby DISMISSED WITH PREJUDICE.  The Clerk of Court is directed to close the case.

SO ORDERED this 25th day of October, 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 73.

[2] *Id.* at 2.

[3] *Id.*